UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

                                               **JUDGMENT IN A CIVIL CASE**

**JASON CAUDELL,**

                                               CASE NO: **1:11–CV–00188–LJO –SMS**

        v.

**FINANCIAL CREDIT NETWORK, INC.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/12/2011**

                                                  **Victoria C. Minor**
                                                  Clerk of Court

    ENTERED:  **April 12, 2011**

                                        by: /s/ C. Marrujo
                                                  Deputy Clerk